UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

TAHITA JENKINS,

              Plaintiff,

    - against -

NEW YORK CITY TRANSIT
AUTHORITY, ET AL.,

              Defendants.
───────────────────────────────

08 Civ. 6814 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to complete discovery is extended to **March 19, 2010**, to allow the plaintiff to take two additional depositions. Dispositive motions are due by **April 9, 2010**. Responses are due by **April 30, 2010**. Replies, if any, are due by **May 10, 2010**.

SO ORDERED.

Dated:    New York, New York
            February 11, 2010

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10